Kevin Tyrone FLEMINGS,
Plaintiff—Appellant,

v.

S. RYAN; et al., Defendants—Appellees.

No. 06–56630.

United States Court of Appeals,
Ninth Circuit.

---

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Submitted Dec. 3, 2007.*

Filed Dec. 10, 2007.

Kevin Tyrone Flemings, Blythe, CA, pro se.

---

Before: GOODWIN, WALLACE, and FISHER, Circuit Judges.

## MEMORANDUM **

Kevin Tyrone Flemings, a California state prisoner, appeals pro se from the district court's judgment dismissing his 42 U.S.C. § 1983 action alleging that prison officials were deliberately indifferent to his medical needs in violation of the Eighth Amendment when they withheld a pair of sneakers that he mail-ordered to treat his foot pain. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo the district court's sua sponte dismissal of a complaint under 28 U.S.C. § 1915A for failure to state a claim, *Resnick v. Hayes,* 213 F.3d 443, 447 (9th Cir.2000), and we affirm.

The district court properly concluded that Flemings's allegations were insufficient to state a claim under the Eight Amendment because they do not demonstrate that any defendant acted with deliberate indifference to his medical needs. *See Hallett v. Morgan,* 296 F.3d 732, 744 (9th Cir.2002) ("[T]he Eighth Amendment is violated when prison officials demonstrate deliberate indifference to serious medical needs.").

Furthermore, Flemings did not allege that defendants prevented him from acquiring a different pair of sneakers that satisfied their security concerns. *See id.* at 745 ("[The Eighth Amendment] requires neither that prisons be comfortable nor that they provide every amenity that one might find desirable.").

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

We deny Flemings's motion for injunctive relief.

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.